## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

Ricardo Cantu Jr.
            Debtor

Chapter 13

Case No. 15-14556-BFK

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT IN PART

THIS MATTER came before the Court on May 12, 2016 upon Trustee's Objection to Property Claimed as Exempt. The Trustee was present in person and the Debtor was present in person and through counsel. For the reasons stated from the bench; it is hereby

ORDERED, that Trustee's Objection to Property Claimed as Exempt shall be SUSTAINED IN PART and Debtor's claimed exemption on his Amended Schedule C filed March 31, 2016 of "future income from 1/21/2016-5/11/2016 from a retirement loan being paid off on 1/20/2016" under Va. Code Ann. §34-29 shall be disallowed; and it is further

ORDERED that Trustee's Objection to Property Claimed as Exempt as to Debtor's claimed exemption on his Amended Schedule C filed March 31, 2016 of "future income from 1/21/2016-5/11/2016 from a retirement loan being paid off on 1/20/2016" under Va. Code Ann. §34-4 shall be taken under advisement.

May 20 2016

/s/ Brian F. Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge
   eod 5/20/2016

Presented By:                               Seen:

_/s/ Thomas P. Gorman_____     _/s/ Janet E. Boyd_____
Thomas P. Gorman                          Janet E. Boyd, Esq.
Chapter 13 Trustee                          Counsel for Debtor
300 North Washington Street, Ste. 400  385 Garrisonville Rd., Ste. 203
Alexandria, VA 22314                    Stafford, VA 22554
(703) 836-2226
VSB #26421

### Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman

Order Sustaining Objection to Exemptions in Part, page 2
Case #15-14556-BFK, Ricardo Cantu Jr.
Thomas P. Gorman, Chapter 13 Trustee

Order Sustaining Objection to Exemptions in Part, page 3
Case #15-14556-BFK, Ricardo Cantu Jr.

**PARTIES TO RECEIVE COPIES**

Ricardo Cantu Jr.
Chapter 13 Debtor
1042 Harbour Drive
Stafford, VA 22554

Janet E. Boyd
Attorney for Debtor
385 Garrisonville Rd
Ste. 203
Stafford, VA 22554

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314