# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

**In the Matter of:**

**RICARDO CANTU, JR.**

                                                         **Case No.    15-14556-BFK**

      **Debtor/Appellee**                               **Chapter    13**

## APPELLEE'S DESIGNATION OF RECORD ON APPEAL

COMES NOW Ricardo Cantu Jr., Appellee, by counsel, and submits this Designation of Record on Appeal, and requests that the following items be contained in the record of this appeal:

1. Debtor's TSP Statement attached to his Response to Trustee's Objection to Confirmation of Chapter 13 Plan, filed and entered 3/04/2016 (Doc. No. 16), attached as Cantu, Ricardo 15-14556.pdf (Attached as Exhibit 2);

2. Debtor's Separation Agreement, referenced in Debtor's Response to Trustee's Objection to Confirmation of Chapter 13 Plan, filed and entered 3/04/2016 (Doc. No. 16) (Attached as Exhibit 1).

WHEREFORE, the Appellee respectfully requests that these items be contained within the record of this appeal. Dated this 27th day of September, 2016.

/s/Janet E. Boyd
Janet E. Boyd, VSB No.: 67979
Janet E. Boyd, Attorney At Law, P.L.C.
385 Garrisonville Road, Suite 203
Stafford, Virginia 22554
Phone: (540) 288-9559
Facsimile: (540) 288-3227
Counsel for Appellee

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing Designation of Record on Appeal was sent via first-class mail, and/or via the courts electronic filing system, this 27th day of September, 2016 to all parties of interest, including the following:

Thomas P. Gorman, Chapter 13 Trustee
300 N. Washington Street, #400
Alexandria, VA 22314

                /s/Janet E. Boyd